**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Omars Isabel Mejia Duarte,

Petitioner,

v.

Luis Rosa, Jr., et al.,

Respondents.

No. CV-26-03650-PHX-SHD (ASB)

**ORDER**

On May 22, 2026, Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Doc. 4.) On June 1, 2026, Respondents filed a Response requesting that the Court deny habeas relief. (Doc. 7.) Petitioner was granted leave until June 25, 2026, to file a Reply. (Doc. 15.) No reply was received. On October 5, 2026, Respondents filed a Notice of Removal and Suggestion of Mootness indicating that Petitioner had been removed from the United States on June 25, 2026. (Doc. 19.) Because Petitioner is no longer in custody, the Petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). The Court will therefore dismiss this action as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

///

///

///

**IT IS FURTHER ORDERED** any pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 5th day of October, 2026.

Honorable Sharad H. Desai
United States District Judge